UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:18-cv-63072-RKA

TIFFANY FERRARO,

       Plaintiff,

v.

VITAL RECOVERY SERVICES, LLC,

       Defendant.
_____/

**JOINT STIPULATION FOR FINAL ORDER OF DISMISSAL WITH PREJUDICE**

    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and having amicably resolved all matters in controversy, the parties jointly stipulate to a Dismissal with Prejudice of this action with each party to bear its own attorney's fees and costs.

## CONSENT OF COUNSEL FOR DEFENDANT

Pursuant to Rule 3J (3) of the Administrative Procedures of the United States District Court for the Southern District of Florida, the undersigned counsel for Plaintiff represents to the Court that counsel for Defendant has authorized him to affix their electronic signature to this Joint Stipulation for Final Order of Dismissal with Prejudice.

| | |
|---|---|
| */s/ Anthony C. Norman*<br>Anthony C. Norman, Esq.<br>Florida Bar No.: 112105<br>anthony@lawfirmofacn.com<br>The Law Firm of Anthony C. Norman, PLLC<br>1345 Monroe Ave. NW, Suite 242<br>Grand Rapids, MI 49505<br>Telephone:  (616) 265-5998<br><br>*Co-Counsel for Plaintiff* | */s/ Ronald S. Canter*<br>Ronald S. Canter, Esq.<br>Florida Bar No. 335045<br>rcanter@roncanterllc.com<br>The Law Offices of Ronald S. Canter, LLC<br>200A Monroe Street, Suite 104<br>Rockville, Maryland 20850<br>(301) 424-7490<br><br>*Counsel for Vital Recovery Services, LLC* |

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on July 29, 2019 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Jonathan M. Benjamin, Esq.
Benjamin Law Practice, PLLC
4581 Weston Rd, Suite 155
Weston, FL 33331
*Co-Counsel for Plaintiff*
Service by CM/ECF

                                                    The Law Firm of Anthony C. Norman, PLLC
                                                    *Co-Counsel for Plaintiff*
                                                    1345 Monroe Ave. NW, Suite 242
                                                    Grand Rapids, MI 49505
                                                    Telephone: (616) 265-5998

                                                    */s/ Anthony C. Norman*
                                                    Anthony C. Norman, Esq.
                                                    Florida Bar No. 112105
                                                    anthony@lawfirmofacn.com