UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-63072-CIV-ALTMAN/Hunt

**TIFFANY FERRARO**,

    Plaintiff,

v.

**VITAL RECOVERY SERVICES, LLC**,

    Defendant.

_____/

## ORDER OF DISMISSAL

**THIS MATTER** comes before the Court on the parties' Joint Stipulation of Dismissal with Prejudice filed on July 29, 2019 ("Stipulation") [ECF No. 24]. The parties seek a dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41. The Court notes that the Stipulation is self-executing. Being fully advised,

The Court hereby **DISMISSES** the above-styled case **with prejudice**. This action shall remain closed, and any pending motions are denied as moot.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 12th day of August 2019.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record